FILED
CLERK, U.S. DISTRICT COURT

APR I 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR No. 13 13- 0262
                                    )
                    Plaintiff,      )   I N F O R M A T I O N
                                    )
          v.                        )   [18 U.S.C. § 371: Conspiracy]
                                    )
CESAR SOTO,                         )
                                    )
                    Defendant.      )
                                    )
_____)

The United States Attorney charges:

At all times relevant to this Information:

A.   INTRODUCTORY ALLEGATIONS

     1.   The Boeing Company ("Boeing") was a Delaware
corporation with its headquarters and principal place of
business in Seattle, Washington.  Boeing's business included the
research, development, manufacture, and sale of space
satellites.  Boeing was a "prime contractor" that had direct
contracts with United States Government agencies, including the
Department of Defense ("DOD"), United States Air Force ("USAF"),
National Aeronautical Space Administration ("NASA"), and United

States National Reconnaissance Office ("NRO"), to supply satellites, satellite parts, and other products. Boeing Space and Intelligence System ("BSIS") was a unit of Boeing which focused on space systems and was headquartered in Seal Beach, California, within the Central District of California.

2. Mark Allen ("Allen") was a Procurement Agent employed by BSIS in El Segundo, California. Allen's job was to procure from subcontractors parts used for BSIS' United States Government and commercial programs. BSIS procured parts through a competitive bidding process in which Allen sent requests for bids to various subcontractors, subcontractors submitted bids on projects, and Allen was to award purchase orders to the subcontractors with the best bids.

3. Raymond Joseph ("Joseph") was an independent outside sales representative for numerous subcontractors who did business with BSIS and other United States Government prime contractors.

4. Subcontractor #1 was a California corporation with facilities in Whittier, California and Montebello, California, both within the Central District of California. Subcontractor #1 worked as a subcontractor for BSIS on projects funded by various United States Government agencies and commercial companies. In or about August 2009, BSIS excluded Subcontractor #1 from doing further work for BSIS due to poor work quality and performance issues.

5. A.H. was an owner and manager of Subcontractor #1. A.H. was responsible for the day-to-day operations of

1  Subcontractor #1.  A.H. retained Joseph to obtain BSIS purchase

2  orders for Subcontractor #1.

3       6.   Nace Sheet Metal Company ("Nace") was a sole

4  proprietorship located in Anaheim, California, within the

5  Central District of California.  Nace's primary business was the

6  manufacturing of office furniture.  Nace served as a front for

7  Subcontractor #1 after BSIS excluded Subcontractor #1 from doing

8  business with BSIS.

9       7.   Defendant CESAR SOTO ("defendant SOTO") was the owner

10  of Nace and was responsible for the day-to-day operations of

11  Nace.  Defendant SOTO was related through marriage to A.H.

12  B.   OBJECTS OF THE CONSPIRACY

13       8.   Beginning in or about November 2010 and continuing

14  through in or about February 2012, in Los Angeles County, within

15  the Central District of California, and elsewhere, defendant

16  SOTO, together with coconspirators A.H., Joseph, and others

17  known and unknown to the United States Attorney, knowingly

18  combined, conspired, and agreed to commit the following offense

19  against the United States: mail fraud, in violation of Title 18,

20  United States Code, Section 1341.

21  C.   THE MANNER AND MEANS OF THE CONSPIRACY

22       9.   The object of the conspiracy was carried out, and to

23  be carried out, in substance, as follows:

24          a.   In or about November 2010, after BSIS had

25  excluded Subcontractor #1 from doing further work for BSIS, A.H.

26  recruited defendant SOTO and Nace to make it appear as if

27  defendant SOTO and Nace contracted with BSIS to hide from BSIS

28  that A.H. and Subcontractor #1 continued to manufacture products

3

under BSIS purchase orders and to allow Subcontractor #1 to continue to bid, manufacture, deliver, and receive payments from BSIS.

     b.   Defendant SOTO agreed that A.H. and Subcontractor #1 could use defendant SOTO's name and Nace to submit bids to BSIS.

     c.   A.H. and Subcontractor #1 used Joseph as an outside sales representative to obtain purchase orders with BSIS.

     d.   Joseph obtained BSIS purchase orders for Subcontractor #1 through his relationship with Allen.

     e.   Defendant SOTO provided A.H. with a copy of his signature so that A.H. and Joseph could submit bids to BSIS and make it appear as if such bids came from defendant SOTO and Nace.

     f.   Defendant SOTO received payment from BSIS and wrote multiple checks from Nace's checking account to Subcontractor #1 equaling the amount of funds Nace received from BSIS.

     g.   As a direct and intended part of the scheme described above, A.H. and Subcontractor #1 received approximately $275,132 in BSIS purchase orders, of which A.H. paid approximately $33,796 as a commission to Joseph.

D.   OVERT ACTS

    10.   In furtherance of the conspiracy, and to accomplish its object, defendant SOTO, together with coconspirators A.H. and Joseph, and others known and unknown to the United States Attorney, committed and willfully caused others to commit the

following overt acts, among others, in the Central District of California and elsewhere:

Overt Act No. 1: On or about March 16, 2011, defendant SOTO sent A.H. an email with an attachment containing defendant SOTO's signature.

Overt Act No. 2: On or about July 19, 2011, defendant SOTO signed a Boeing "Supplier Profile Information" application, which was submitted to BSIS to get Nace approved to do work for BSIS.

Overt Act No. 3: On or about October 19, 2011, BSIS paid Nace approximately $34,950 via check by U.S. Mail from Seattle, Washington, for the purchase order related to a Boeing Capital Equipment Contract.

Overt Act No. 4: On or about October 26, 2011, defendant SOTO wrote four checks to Subcontractor #1 equaling approximately $34,950.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RICHARD E. ROBINSON
Assistant United States Attorney
Chief, Major Frauds Section

CONSUELO S. WOODHEAD
Assistant United States Attorney
Deputy Chief, Major Frauds Section

DAVID L. KIRMAN
Assistant United States Attorney
Major Frauds Section